FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 26, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARL ANDERSON, an individual; MARSHALL ANDERSON, an individual; ELMER C. ANDERSON, INC., a Washington Corporation; JEFF WIERSMA, an individual; and J2 CATTLE CO., a Washington Corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF DEFENSE; and UNITED STATES ARMY,<br><br>    Defendants. | No. 1:18-cv-03011-SAB<br><br>**ORDER GRANTING STIPULATED MOTION RE FILING OF FIRST AMENDED COMPLAINT** |

    Before the Court is the parties' Stipulated Motion Re: Filing of First Amended Complaint, ECF No. 19. The parties stipulate and request the Court grant Plaintiffs leave to file a First Amended Complaint. Pursuant to Fed. R. Civ. P. 15(a)(2), the Court finds good cause to grant the stipulated motion.

//

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion Re: Filing of First Amended Complaint, ECF No. 19, is **GRANTED**. Plaintiffs are granted leave to file their First Amended Complaint, ECF No. 19, Appendix A.

2. Defendants shall have 21 days after the filing of Plaintiffs' First Amended Complaint to file any response thereto.

3. Defendants' Motion for Rule 12 Dismissal of Plaintiffs' Claims Against Defendants United States Department of Defense and United States Army, ECF No. 13, is **DENIED as moot**.[1]

4. Defendants' Rule 12(b)(1) Motion for Dismissal of Plaintiffs' Inverse Condemnation & Strict Liability Claims for Lack of Jurisdiction, ECF No. 16, is **DENIED as moot**.[2]

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel, and docket Plaintiffs' First Amended Complaint, located at ECF No 19, Appendix A.

**DATED** this 26th day of June 2018.



Stanley A. Bastian
United States District Judge

---

[1] Plaintiffs' First Amended Complaint removes the United State Department of Defense and the United States Army as named-defendants in this action.

[2] Plaintiffs' First Amended Complaint no longer presents an inverse condemnation or strict liability claim.

**ORDER GRANTING STIPULATED MOTION RE FILING OF FIRST AMENDED COMPLAINT ^ 2**