AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CARL ANDERSON, an individual; MARSHALL ANDERSON, an individual; ELMER C. ANDERSON, INC., a Washington Corporation; JEFF WIERSMA, an individual; J2 CATTLE CO., a Washington Corporation; S. MARTINEZ LIVESTOCK, INC., a Washington Corporation; and NICK MARTINEZ, an individual,

*Plaintiff*

v.

UNITED STATES OF AMERICA,

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 10, 2022**

SEAN F. McAVOY, CLERK

Civil Action No.   1:18-CV-003011-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   Plaintiffs' Motion in Limine (ECF No. 135) is DENIED;
Defendant's Motion to Dismiss Under FTCA's Discretionary Function Exception (ECF No. 39) is GRANTED;
Plaintiffs' Second Amended Complaint is DISMISSED with prejudice; and
Judgment is entered in favor of Defendant and against Plaintiffs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   STANLEY A. BASTIAN   .

Date:   06/10/2022

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates